UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JIMMIE EARL JONES, III,

         Plaintiff,

     v.

HUNTER GALLEGOS,

         Defendant.

Case No. 25-cv-08895-NW

**ORDER DISMISSING MATTER WITHOUT PREJUDICE**

Plaintiff Jimmie Earl Jones III, a state prisoner, filed this pro se civil rights complaint raising several claims against Defendant Hunter Gallegos. *See* ECF No. 1. On March 9, 2026, the Court dismissed his Complaint for failure to state a claim and granted him leave to amend. ECF No. 7. The Court ordered Jones to file an amended complaint within 28 days or face dismissal of this case. The deadline has passed and Jones has not filed an amended complaint or otherwise communicated with the Court. Accordingly, this matter is **DISMISSED WITHOUT PREJUDICE**.

     **IT IS SO ORDERED.**

Dated: April 14, 2026

_____

Noël Wise
United States District Judge