United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JIMMIE EARL JONES, III,

       Plaintiff,

    v.

HUNTER GALLEGOS,

       Defendant.

Case No. 25-cv-08895-NW

**JUDGMENT**

Pursuant to the order filed earlier today, this matter is **DISMISSED WITHOUT PREJUDICE**.

    **IT IS SO ORDERED.**

Dated: April 14, 2026

_____
Noël Wise
United States District Judge